# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* *Saint Joseph's Hospital, Inc. and Candler Hospital, Inc.*; SAINT JOSEPH'S HOSPITAL, INC.; and CANDLER HOSPITAL, INC., <br>           Plaintiffs, <br> v. <br> UNITED DISTRIBUTORS, INC.; UNITED DISTRIBUTORS, INC. EMPLOYEE HEALTH BENEFIT PLAN; COMMERCE BENEFITS GROUP, INC., *d/b/a* Commerce Benefits Group, Inc.; THOMAS J. PATTON; and LINNIE P. REAVES, <br>           Defendants. | Case No. CV410-096 |

## ORDER

The Court having reviewed and considered the petitions of Lynn M. Adam and Richard L. Shackelford of the law firm of King & Spalding LLP, 1180 Peachtree Street, N.E., Atlanta, Georgia 30309, for permission to appear pro hac vice on behalf of defendants United Distributors, Inc., Linnie P. Reaves, and United Distributors Inc. Employee Health Benefit Plan, in the above-captioned case,

Said request is hereby GRANTED and the Clerk is DIRECTED to enter Lynn M. Adam and Richard L. Shackelford as counsel of record for defendants United Distributors, Inc., Linnie P. Reaves, and United Distributors Inc. Employee Health Benefit Plan, in this case.

**SO ORDERED** this __26th__ day of September, 2011.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA