UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

THE UNITED STATES OF AMERICA )
EX REL. SAINT JOSEPH'S HOSPITAL, INC. )
and CANDLER HOSPITAL, INC. (Relators) )
)
and )
) Civil Action No. CV410-096
SAINT JOSEPH'S HOSPITAL, INC. and )
CANDLER HOSPITAL, INC., )
)
Plaintiffs, )
)
vs. )
)
UNITED DISTRIBUTORS, INC., UNITED )
DISTRIBUTORS, INC. EMPLOYEE HEALTH )
BENEFIT PLAN and COMMERCE BENEFITS )
GROUP AGENCY, INC. d/b/a COMMERCE )
BENEFITS GROUP, INC. )
)
Defendants. )
)

## ORDER STAYING ALL PROCEEDINGS
## RELATED TO HOSPITAL PLAINTIFFS' AMENDED COMPLAINT

This matter is before the Court on the Joint Status Report and Motion for Continuance of Stay of the Hospital Plaintiffs and Defendants United Distributors, Inc. and United Distributors, Inc. Employee Health Benefit Plan (the "Plan"), which requests a 20-day stay of all proceedings related to the ERISA claims in the Hospitals' Verified Amended Complaint [Doc. 30] ("Hospitals' Amended Complaint").

Plaintiffs Saint Joseph's Hospital and Candler Hospital ("the Hospitals") and Defendants United Distributors, Inc. and United Distributors, Inc. Employee Health Benefit Plan (collectively, "United") previously filed two joint Motions asking the Court to stay all proceedings in this matter while the Plan Administrator considered an administrative appeal

relating to the ERISA claims. [Docs. 99, 105]. The administrative appeal has been decided, and the Hospitals and United are now in the process of negotiating a final resolution of the ERISA claims against United and preparing settlement documents.

After consideration of the Joint Motion and all other matters of record, it is hereby ORDERED, ADJUDGED AND DECREED that the Hospitals and United's Joint Motion is granted as to the proceedings related to the Hospitals' Amended Complaint.

IT IS FURTHER ORDERED that all proceedings related to the claims in the Hospitals' Amended Complaint, and all deadlines related to the claims in the Hospitals' Amended Complaint, are stayed until through and including July 3, 2012;

IT IS FURTHER ORDERED that the Hospitals and United will report to the Court by no later than July 3, 2012 on the status of the matter;

IT IS FURTHER ORDERED that no further discovery or motion practice related to the claims in the Hospitals' Amended Complaint, except if necessary to notify the Court to dissolve the stay ordered herein, will be permitted before July 3, 2012 to allow the parties to conserve resources and focus on their efforts to settle the claims in the Hospitals' Amended Complaint in accordance with the report that has been made to the Court by the Hospitals and United.

SO ORDERED, this 13th day of June, 2012.

Hon. G.R. Smith
UNITED STATES MAGISTRATE COURT JUDGE
Southern District of Georgia