IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

UNITED STATES OF AMERICA ex rel.
SAINT JOSEPH'S HOSPITAL, INC.
and ex rel. CANDLER HOSPITAL,
INC.,

    Plaintiffs,

v.

UNITED DISTRIBUTORS, INC.;
UNITED DISTRIBUTORS, INC.
EMPLOYEE HEALTH BENEFIT PLAN;
COMMERCE BENEFITS GROUP, INC.,
d/b/a Commerce Benefits Group,
Inc.; THOMAS J. PATTON; and
LINNIE P. REAVES;

    Defendants.

CASE NO. CV410-096

## ORDER

Before the Court is the Government's Motion to Set Pretrial Order Deadline and Pretrial Conference (Doc. 182). On September 1, 2016, the Court entered an order directing the parties to file a proposed pretrial order no later than Friday, September 30, 2016. (Doc. 183.) After the parties file the proposed pretrial order as directed, the Court will enter an order setting all further deadlines. Accordingly, the Motion to Set Pretrial Order Deadline and Pretrial Conference Date (Doc. 182) is **DISMISSED AS MOOT**.

SO ORDERED this 8th day of September 2016.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA