**IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA ex rel. SAINT JOSEPH'S HOSPITAL, INC. and ex rel. CANDLER HOSPITAL, INC., <br><br>     Plaintiffs, <br><br> v. <br><br> UNITED DISTRIBUTORS, INC.; UNITED DISTRIBUTORS, INC. EMPLOYEE HEALTH BENEFIT PLAN; COMMERCE BENEFITS GROUP, INC., d/b/a Commerce Benefits Group; THOMAS J. PATTON; and LINNIE P. REAVES; <br><br>     Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | CASE NO. CV410-96  |

## O R D E R

The United States of America and St. Joseph's Hospital, Inc./Candler Hospital, Inc. have moved the Court pursuant to F.R.C.P. 41(a) for an Order of Dismissal of the claims against Defendants United Distributors, Inc.; United Distributors, Inc. Employee Health Benefit Plan; and Linnie P. Reaves (the "United Distributors Defendants") only. (Doc. 188.) Pursuant to Federal Rule of Civil Procedure 41(a)(2), "an action may be dismissed at the plaintiff's request only by court order, on terms that the court considers proper." The remaining Defendants, Commerce

Benefits Group Agency, Inc. and Thomas Patton, have not objected to the motion. Moreover, this Court has reviewed the settlement terms and consents to dismissal. Upon consideration of the motion and for good cause shown, the motion (Doc. 188) is hereby **GRANTED**. Accordingly, the claims against the United Distributors Defendants are dismissed **WITH PREJUDICE**.

SO ORDERED this 19th day of December 2016.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA