IN THE UNITED STATES DISTRICT COURT FOR 
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. SAINT JOSEPH'S HOSPITAL, INC. and ex rel. CANDLER HOSPITAL, INC., <br><br>    Plaintiffs, <br><br> v. <br><br> COMMERCE BENEFITS GROUP, INC., d/b/a Commerce Benefits Group; and THOMAS J. PATTON; <br><br>    Defendants. | CASE NO. CV410-96 |

## O R D E R

The United States of America and St. Joseph's Hospital, Inc./Candler Hospital, Inc. have moved the Court pursuant to F.R.C.P. 41(a) for an Order of Dismissal of all remaining claims in this action. (Doc. 196.) The remaining Defendants, Commerce Benefits Group, Inc. and Thomas Patton, have consented to the motion. This Court has reviewed the settlement terms, and consents to dismissal. Upon consideration of the motion and for good cause shown, the motion (Doc. 196) is hereby **GRANTED**. Accordingly, all remaining claims in this case are dismissed **WITH PREJUDICE**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 12th day of April 2017.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA